UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENIZ BOLBOL,

        Plaintiff,

  v.

CITY OF DALY CITY, et. al.,

        Defendant(s).

No. C 09-01944 MHP

**ORDER**

**Re: Production of Evidence Pursuant to Motion Hearing Held on September 13, 2010**

In accordance with the court's discussion at the hearing held on September 13, 2010 regarding defendants' motion for summary judgment, the court orders defendants to submit to the court any record of a "Special Event Application" as referenced in Docket No. 35 (Drake Dec.), Exh. B (License), at ¶ 40, referred to as "Exhibit F" therein, and to submit any other documentation of or reference to Circus or Cow Palace's attempts to comply with the Daly City Fire Department permit requirements or the Office of the State Fire Marshal.

The court orders plaintiff and defendants to submit any additional photos, diagrams, visual representations, etc., of the Upper Parking Lot of the Cow Palace as it was used by the Circus for placement and/or housing of its big top tent, electrical wiring, any of Circus' equipment, animals, employee dwellings, etc., on September 12th and 13th, 2008.

Parties shall comply with this order within seven days of its date.

IT IS SO ORDERED.

Dated: 09/15/10

                                                MARILYN HALL PATEL
United States District Court Judge
Northern District of California