1  Effie F. Anastassiou, Esq. (State Bar #96279)
   Karli R. Jungwirth, Esq. (State Bar #227956)
2  ANASTASSIOU & ASSOCIATES
   242 Capitol Street
3  Post Office Box 2210
   Salinas, California 93902
4  Telephone: (831) 754-2501
   Facsimile:  (831) 754-0621
5
   Attorneys for Defendant, Carson & Barnes Circus
6
                     **UNITED STATES DISTRICT COURT**
7
                     **NORTHERN DISTRICT OF CALIFORNIA**
8

| | | |
|---|---|---|
| 9 | DENIZ BOLBOL, individually, )<br>            ) | CASE NO.: 3:09-cv-01944<br>Related CASE NO.: 3:09-cv-05318 |
| 10 |         Plaintiff, ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER TO TREAT THE THIRD AMENDED COMPLAINT OF PLAINTIFF MARK ENNIS, AS MODIFIED BY THE COURT'S MEMORANDUM AND ORDER RE: DEFENDANT CARSON & BARNES CIRCUS'S MOTION TO DISMISS THIRD AMENDED COMPLAINT AND MOTION TO STRIKE AS THE OPERATIVE COMPLAINT AS AGAINST NEWLY ADDED DEFENDANT GUSTAVO-PARRA BELLO** |
| 11 |      v. ) | |
| | CITY OF DALY CITY, et al. ) | |
| 12 | ) | |
| | _____ ) | |
| 13 | ) | |
| | AND CONSOLIDATED ACTION ) | |
| 14 | _____ ) | |
| 15 | MARK ENNIS, ) | |
| 16 |         Plaintiff, ) | |
| 17 |       v. ) | |
| 18 | CITY OF DALY CITY, et al. ) | |
| 19 |         Defendants. ) | |
|   | _____ ) | |

20        WHEREAS, on December 22, 2010, plaintiff Mark Ennis ("Ennis") filed a Third Amended
21
   Complaint ("TAC") in this action against the City of Daly City, Daly City Police Chief McLane, Daly
22
   City Police Officer Kranz, 1-A Agricultural Association, which operates the Cow Palace in Daly City,
23
   and three of its employees; the Carson and Barnes Circus ("Carson") and three of its employees,
24
   including Gustavo Parra-Bello ("Parra-Bello"); and Daly City Police Officer Wollman. Docket No. 48.
25
          WHEREAS, on January 5, 2011 Carson filed its Motion to Dismiss/Motion to Strike the TAC.
26
   Docket No. 49;
27
          WHEREAS, as of January 5, 2011, Parra-Bello had not yet been served with the TAC;
28

1  WHEREAS, the Court entered its Memorandum and Order re Carson's Motion to Dismiss Third Amended Complaint and Motion to Strike on February 16, 2011.  Docket No. 61 (the "Order");

3  WHEREAS, in the Order, all causes of action against Carson were dismissed except the Cal. Civ. Code § 52.1 claim as it relates to free speech rights [Count 10] and the Cal. Civ. Code § 51.7 claim [Count 11];

6  WHEREAS, Carson's Motion to Strike the Prayer for Relief for a civil penalty of $25,000 for each violation of rights under Cal. Civ. Code § 52.1 was also granted;

8  WHEREAS, Defendant Parra-Bello was not served with the TAC until after the Court had entered its Order;

10  WHEREAS, Carson and Parra-Bello would have filed a joint Motion to Dismiss/Motion to Strike had Parra-Bello been served with the TAC by the time that Carson was required to respond to the TAC;

13  WHEREAS, the parties wish to avoid a waste of judicial resources by re-filing a Motion to Dismiss Third Amended Complaint and Motion to Strike on behalf of Parra-Bello to obtain the same result as that already rendered by the Court in her Order;

16  WHEREAS, the parties agree that by entering into this stipulation, Ennis is in no way is waiving his rights to appeal the rulings in the Order to the 9th Circuit Court of Appeals;

18  IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective counsel, that the TAC, as modified by the Order, shall be the operative pleading against Parra-Bello such that the only remaining claims against him as pleaded by Plaintiff Ennis are the Cal Civ. Code § 52.1 claim as it relates to free speech rights and the Cal. Civ. Code § 51.7 claim, and the civil penalty of $25,000 for each violation of rights under Cal Civ. Code § 52.1 is stricken and that by entering into this stipulation, Ennis is in no way waiving his rights to appeal the rulings in the Order to the 9th Circuit Court of Appeals.

25  **IT IS SO STIPULATED.**

26  //

27  //

28  //

Deniz Bolbol v. City of Daly City, et al.
Case No. 3:09-cv-01944 MHP

2

Stipulation and [Proposed] Order re Third Amended Complaint of Plaintiff Mark Ennis

| | |
|---|---|
| Dated: May 11, 2011 | ANASTASSIOU & ASSOCIATES |
| | By:   /s/<br>    Effie F. Anastassiou, Esq.<br>    Attorneys for Defendants,<br>    Carson & Barnes Circus and Gustavo Parra-Bello |
| Dated: May 11, 2011 | LAW OFFICE OF DAVID J. BEAUVAIS |
| | By:   /s/<br>    David J. Beauvais<br>    Attorney for Plaintiff, Mark Ennis |

**ORDER**

The parties hereto having so stipulated, and good cause appearing therefor, IT IS HEREBY ORDERED that the TAC, as modified by this Court's Memorandum & Order Re: Defendant Carson & Barnes Circus' Motion to Dismiss Third Amended Complaint and Motion to Strike (Docket No. 61, filed on February 16, 2011) shall be the operative pleading against Defendant Gustavo Parra-Bello such that the only remaining claims against him as pleaded by Plaintiff Ennis are the Cal Civ. Code § 52.1 claim as it relates to free speech rights and the Cal. Civ. Code § 51.7 claim, and the civil penalty of $25,000 for each violation of rights under Cal Civ. Code § 52.1 is stricken.

IT IS FURTHER ORDERED that by entering into the stipulation, Ennis in no way waived his rights to appeal the Order (Docket No. 61) to the 9th Circuit Court of Appeals.

SO ORDERED.

Dated:  5/13/2011

                                          MARILYN H. PATEL<br>
                                          United States District Judge<br>
                                          Northern District of California

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: "IT IS SO ORDERED" signed Judge Marilyn H. Patel)*

\\Lawserver\company\ALF\Federal Litigation\Pleadings\Pleadings in Ennis Case\Third Amended Complaint\Stipulation re TAC and Parra Bello.wpd

<u>Deniz Bolbol v. City of Daly City, et al.</u>                            Stipulation and [Proposed] Order re Third Amended<br>
Case No. 3:09-cv-01944 MHP                                    3    Complaint of Plaintiff Mark Ennis