| | |
|---|---|
| 1 | MATT GONZALEZ (SBN 153486) |
| 2 | G. WHITNEY LEIGH (SBN 153457) |
|   | MATT SPRINGMAN (SBN 252508) |
| 3 | GONZALEZ & LEIGH, LLP |
|   | 744 Montgomery Street, Fifth Floor |
| 4 | San Francisco, CA  94111 |
|   | Telephone:  (415) 912-5950 |
| 5 | Facsimile:  (415) 912-5951 |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | DENIZ BOLBOL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DENIZ BOLBOL, individually, | Case No. 3:09-cv-01944-MHP |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| DALY CITY POLICE OFFICER KRANZ, DALY CITY POLICE SERGEANT O'ROURKE, DALY CITY POLICE CAPTAIN ERIC WOLLMAN, CARSON & BARNES CIRCUS, CARSON & BARNES CIRCUS MANAGER GUSTAVO PARRA-BELLO, 1-A District Agricultural Association (COW PALACE), COW PALACE CEO WALTER HAUB, and DOES 1-20 in their individual and official capacities, Jointly and Severally, | |
| Defendants. | |

On April 25, 2011, the office of Whitney Leigh filed a notice of unavailability with the Court. The notice stated that Mr. Leigh would be unavailable until May 20, 2011. However, before the notice was filed, Defendants Carson and Barnes Circus and Gustavo Para-Bello filed a motion to dismiss the claims against them with a hearing date of June 6, 2011.

According to the Local Rules the opposition to that motion is due today, May 16, 2011, with Defendants reply due on May 23, 2011. However, in light of Mr. Leigh's unavailability and the lack of another attorney in the office to file the opposition, Defendants' counsel has agreed, with Court approval, to extend the date for plaintiff to file her opposition. Subject to Court approval, Defendants agree to extend the time for Plaintiff to file her opposition to Defendants' motion to May 26, 2011 at noon while also extending the deadline for Defendants to file their reply to June 1, 2011 at noon. The hearing date would remain the same.

Dated: May 16, 2011         GONZALEZ & LEIGH, LLP


                            By: /s/ Matt Springman
                                Matt Springman
                                Attorneys for Plaintiff
                                DENIZ BOLBOL


Dated: May 16, 2011         ANASTASSIOU & ASSOCIATES


                            By: /s/ Effie F. Anastassiou
                                Effie F. Anastassiou
                                Attorneys for Defendants
                                CARSON & BARNES CIRCUS AND
                                GUSTAVO PARRA-BELO

1

## ORDER

2  Good cause appearing, the deadline for Plaintiff to file her opposition to Defendant
3  Carson and Barnes Motion to Dismiss is hereby to May 26, 2011 at noon. The deadline for
4  Defendants to file their reply is also extended to June 1, 2011 at noon. The hearing date will
5  remain the same.
6  IT IS SO ORDERED.

7
8  Dated May 17, 2011

Hon
Unite
Judge Marilyn H. Patel

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed]*