Effie F. Anastassiou, Esq. (State Bar #96279)
Karli R. Jungwirth, Esq. (State Bar #227956)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone:  (831) 754-2501
Facsimile:   (831) 754-0621

Attorneys for Defendant, Carson & Barnes Circus

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIZ BOLBOL, individually,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF DALY CITY, et al.<br>_____<br><br>AND CONSOLIDATED ACTION<br>_____<br><br>MARK ENNIS,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF DALY CITY, et al.<br><br>  Defendants.<br>_____ | CASE NO.: 3:09-cv-01944<br>Related CASE NO.: 3:09-cv-05318<br><br>   AMENDED<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF<br><br>L.R. 7-11 |

This Court, having considered CARSON & BARNES CIRCUS and GUSTAVO PARRA-BELLO'S (the "Circus Parties") Motion for Administrative Relief, the papers on file in this action, and good cause appearing therefor,

IT IS ORDERED:

The Circus Parties are granted leave to file a Motion for Summary Judgment or, In the Alternative, Partial Summary Judgment (the "Summary Judgment Motion") as to Plaintiff MARK

1  ENNIS's ("Ennis") claims set forth in his Third Amended Complaint not to exceed ~~35~~ 30 pages, rather
2  than the 25 page limit provide for in this Court's Local Rules 7-2(b) and 7-4(b);
3       Ennis is granted leave to file an opposition to the Summary Judgment Motion not to exceed ~~35~~ 30
4  pages, rather than the 25 page limit provided for in this Court's Local Rules 7-3(a) and 7-4(b); and
5       The Circus Parties are granted leave to file a reply to any opposition to the Summary Judgment
6  Motion not to exceed 20 pages, rather than the 15 page limit provided for in this Court's Local Rule 7-
7  3(c).
8  **IT IS SO ORDERED.**
9  DATED: 8/12/11
10 HON. _____
    U.S. _____

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

(United States District Court, Northern District of California seal)

\\Lawserver\company\ALF\Federal Litigation\Pleadings\Pleadings in Ennis Case\Summary Judgment\Motion for Relief re Pages\Proposed Order.wpd

Deniz Bolbol v. City of Daly City, et al.                  Motion for Administrative Relief
Case No. 3:09-cv-01944 MHP     2