Kimberly E. Colwell (SBN: 127604)
kcolwell@meyersnave.com
Kimberly M. Drake (SBN: 209090)
kdrake@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF DALY CITY (incorrectly sued herein as
DALY CITY POLICE DEPARTMENT), CHIEF GARY
MCLANE (incorrectly sued herein as CHIEF McCLANE),
OFFICER DONALD KRANZ, SERGEANT MICHAEL
O'ROURKE and CAPTAIN ERIC WOLLMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIZ BOLBOL,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF DALY CITY, et al.<br><br>        Defendants. | Case No: C 09-01944 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE** |
| MARK ENNIS,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF DALY CITY, et al.<br><br>       Defendants. | Case No: C 09-05318 MHP |

Stipulation and [Proposed] Order Continuing Settlement Conference [C 09-01944 MHP]

It is hereby stipulated and agreed upon by and between Plaintiff DENIZ BOLBOL, as authorized by her respective counsel, Plaintiff MARK ENNIS, as authorized by his respective counsel, Defendants CITY OF DALY CITY (incorrectly sued herein as DALY CITY POLICE DEPARTMENT), CHIEF GARY MCLANE (incorrectly sued herein as CHIEF McCLANE), OFFICER DONALD KRANZ, SERGEANT MICHAEL O'ROURKE and CAPTAIN ERIC WOLLMAN, as authorized by their respective counsel and Defendants 1-A DISTRICT AGRICULTURAL ASSOCIATION, WALTER HAUB, DIANA COLVIN and VALERY LAXAMANA, as authorized by their respective counsel, that a continued Settlement Conference will be held before the Honorable Laurel Beeler on August 31, 2011 at 10:00 a.m.

**IT IS SO STIPULATED.**

Dated: August 12, 2011	GONZALEZ & LEIGH, LLP

By: /s/ G. Whitney Leigh
G. Whitney Leigh
Attorneys for Plaintiff
DENIZ BOLBOL

Dated: August 12, 2011	LAW OFFICE OF DAVID J. BEAUVAIS

By: /s/ David J. Beauvais
David J. Beauvais
Attorneys for Plaintiff
MARK ENNIS

Dated: August 12, 2011	MEYERS, NAVE, RIBACK, SILVER & WILSON

By: /s/ Kimberly M. Drake
Kimberly M. Drake
Attorney for Defendants
CITY OF DALY CITY et al.

Dated: August 12, 2011	ANDRADA AND ASSOCIATES

By: [signature]
Matthew W. Roman
Attorney for Defendants
1-A DISTRICT AGRICULTURAL ASSOCIATION, WALTER HAUB, DIANA COLVIN and VALERY LAXAMANA

1692829_1.DOC

## **ORDER**

Pursuant to the Joint Stipulation, there will be a continued Settlement Conference with the stipulating parties on August 31, 2011, at 10:00 am.

**IT IS SO ORDERED.**

Dated: August 23, 2011

_____
Laurel Beeler
United States District Court Magistrate Judge
Northern District of California

2

Stipulation and [Proposed] Order Continuing Settlement Conference [C 09-01944 MHP]