J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
MATTHEW ROMAN (SBN 267717)
mroman@andradalaw.com
**ANDRADA & ASSOCIATES**
PROFESSIONAL CORPORATION
180 Grand Avenue, Suite 225
Oakland, California 94612
Tel.: (510) 287-4160
Fax: (510) 287-4161

Attorneys for Defendants
1-A AGRIGULTURAL ASSOCIATION, WALTER HAUB,
DIANA COLVIN AND VALERY LAXAMANA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| DENIZ BOLBOL, individually,<br><br>Plaintiff,<br><br>v.<br><br>DALY CITY POLICE OFFICER KRANZ, DALY CITY POLICE SERGEANT O'ROURKE, DALY CITY POLICE CAPTION ERIC WOLLMAN, CARSON & BARNES CIRCUS, CARSON & BARNES CIRCUS MANAGER GUSTAVO PARRABELLO, 1-A District Agricultural Association (COW PALACE), COW PALACE CEO WALTER HAUB, and DOES 1-20, in their individual and official capacities, jointly and severally,<br><br>Defendants. | Case No.: 3:09-cv-01944 EMC<br>Consolidated w/3:09-cv-05318-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF DEFENDANTS 1-A AGRICULTURAL ASSOCIATION, WALTER HAUB, DIANA COLVIN, AND VALERY LAXAMANA** |

1

Defendants 1-A AGRICULTURAL ASSOCIATION, WALTER HAUB, DIANA COLVIN, and VALERY LAXAMANA, by and through their counsel, MATTHEW ROMAN of Andrada & Associates, and Plaintiff, DENIZ BOLBOL, by and through her counsel, WHITNEY LEIGH of Gonzalez & Leigh, LLP, submit the following Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

IT IS HEREBY STIPULATED that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1) as to Defendants 1-A AGRICULTURAL ASSOCIATION, WALTER HAUB, DIANA COLVIN, and VALERY LAXAMANA.

IT IS FURTHER STIPULATED that each party shall bear its own costs.

Date: October 6, 2011

GONZALEZ & LEIGH, LLP

By: /s/ Whitney Leigh
WHITNEY LEIGH
Attorney for Plaintiff
DENIZ BOLBOL

Dated: October 6, 2011

ANDRADA & ASSOCIATES

By: /s/ Matthew Roman
MATTHEW ROMAN
Attorneys for Defendants 1-A DISTRICT AGRICULTURAL ASSOCIATION and WALTER HAUB

Plaintiff DENIZ BOLBOL's claims against Defendants 1-A AGRICULTURAL ASSOCIATION, WALTER HAUB, DIANA COLVIN, and VALERY LAXAMANA are HEREBY DISMISSED WITH PREJUDICE pursuant to the stipulation between the parties.

IT IS SO ORDERED.

DATED: 10/12/11

IT IS SO ORDERED
Judge Edward M. Chen

{00076427.DOC/}CFSA 0901
STIPULATION OF DISMISSAL

2

Kranz, et al.
3:09-cv-01944-MHP