Effie F. Anastassiou, Esq. (State Bar #96279)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

Attorneys for Defendants,
Carson & Barnes Circus and Gustavo Parra-Bello

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIZ BOLBOL, individually,<br><br>           Plaintiff,<br><br>      v.<br><br>CITY OF DALY CITY, et al.<br>_____<br>AND CONSOLIDATED ACTION<br>_____<br>MARK ENNIS,<br><br>           Plaintiff,<br><br>      v.<br><br>CITY OF DALY CITY, et al.<br><br>           Defendants. | Case No: C 09-05318 EMC<br>Related to Case No.: C 09-01944 EMC<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE; AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE**<br><br>Status Conference: October 28, 2011<br>Time:              10:30 a.m.<br>Courtroom:         5, 17th Floor |

Joint Status Conference Statement

The parties listed below respectfully submit the following joint status report, pursuant to the Court's order filed on September 14, 2011.

A.  **Status of Consolidated Cases**

On September 9, 2011, both Plaintiffs in the consolidated cases listed above (the "Plaintiffs") and Defendants CARSON & BARNES CIRCUS and GUSTAVO PARRA-BELLO (collectively, the "Circus Parties") participated in a mediation before Honorable Laura Beeler, Magistrate Judge for the U.S. District Court, Northern District of California.  At the mediation, the consolidated cases were both settled orally with respect to the Plaintiffs and the Circus Parties before Magistrate Judge Beeler, with the basic terms of the settlement agreement orally entered into on the record before a court reporter.  The final points of the written settlement agreement are currently in the process of being negotiated among parties to the consolidated actions.  The parties have submitted a joint letter to Magistrate Judge Beeler requesting her assistance in mediating the disputes on the final points set forth in the settlement agreement.  The joint letter was emailed to Magistrate Judge Beeler on October 7, 2011 and was hand delivered to Magistrate Judge Beeler on or about October 11, 2011.  The parties are currently awaiting Magistrate Judge Beeler's assistance in mediating the final points in the settlement agreement.

B.  **Request to Continue Status Conference**

In light of the pending settlement of the consolidated cases between Plaintiffs and the Circus Parties, and the recent request to Magistrate Judge Beeler to assist the parties in mediating the final points of the written settlement agreement, all parties hereby jointly request that the Status Conference currently scheduled for October 28, 2011 in the instant action be continued to a date after January 1, 2011 to allow the parties time to finalize and execute the settlement agreement.  After the settlement agreement is finalized and executed, the parties will execute and file a stipulation for dismissal of the actions.

Dated:  October 20, 2011                    Respectfully submitted,

                                            LAW OFFICE OF DAVID J. BEAUVAIS

                                            By:  /s/ David J. Beauvais
                                                 David J. Beauvais
                                                 Attorneys for Plaintiff MARK ENNIS

GONZALEZ & LEIGH LLP

By: /s/ G. Whitney Leigh
    G. Whitney Leigh
    Attorneys for Plaintiff
    DENIZ BOLBOL

ANASTASSIOU & ASSOCIATES

By: /s/ Effie F. Anastassiou
    Effie F. Anastassiou, Esq.
    Attorneys for Defendant
    CARSON AND BARNES CIRCUS and
    GUSTAVO PARRA-BELLO

## ORDER

In light of the pending settlement amongst all of the remaining parties to both of the consolidated actions referenced above, the status conference currently scheduled for October 28, 2011 is hereby continued to:

Date: 01/06/2012

Time: 10:30 a.m.

Department: Courtroom 5, 17th floor

SO ORDERED.

Dated: 10/20/2011

_____
Judge Edward M. Chen
United States District Judge
Northern District of California

F:\ALF\Federal Litigation\Pleadings\Pleadings General\CMC\DRAFT 1 Joint Status Conference Statement.doc