Effie F. Anastassiou, Esq. (State Bar #96279)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

Attorneys for Defendants,
Carson & Barnes Circus and Gustavo Parra-Bello

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIZ BOLBOL, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF DALY CITY, et al.<br><br>AND CONSOLIDATED ACTION<br><br>MARK ENNIS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF DALY CITY, et al.<br><br>Defendants. | Case No: C 09-05318 EMC<br>Related to Case No.: C 09-01944 EMC<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE;** ~~AND [PROPOSED]~~ **ORDER CONTINUING STATUS CONFERENCE** AND VACATING TRIAL AND TRIAL RELATED DATES<br><br>Status Conference: January 6, 2011<br>Time: 10:30 a.m.<br>Courtroom: 5, 17th Floor |

   WHEREAS, Plaintiffs in the above related cases, DENIZ BOLBOL and MARK ENNIS (collectively, the "Plaintiffs"), and Defendants in the above related cases, CARSON & BARNES CIRCUS and GUSTAVO PARRA-BELLO (collectively, the "Carson Defendants"), have entered into

a written Settlement Agreement settling all of the claims by the Plaintiffs against the Carson Defendants;

WHEREAS, there is a status conference scheduled for January 6, 2012 at 10:30 a.m. before the Honorable Chen;

WHEREAS, Plaintiffs and the Carson Defendants wish to continue the status conference to a date after March 31, 2012 to allow time for all of the terms of the Settlement Agreement to be performed by Plaintiff and the Carson Defendants;

Therefore, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and the Carson Defendants, by their respective counsel, that the status conference currently scheduled for January 6, 2012 be continued to a date after March 31, 2012.

SO STIPULATED.

Respectfully submitted,

LAW OFFICE OF DAVID J. BEAUVAIS
By: /s/ David J. Beauvais
David J. Beauvais
Attorneys for Plaintiff MARK ENNIS

GONZALEZ & LEIGH LLP
By:_____
G. Whitney Leigh
Attorneys for Plaintiff
DENIZ BOLBOL

ANASTASSIOU & ASSOCIATES
By: /s/ Effie F. Anastassiou
Effie F. Anastassiou, Esq.
Attorneys for Defendant
CARSON AND BARNES CIRCUS and
GUSTAVO PARRA-BELLO

## ORDER

In light of the written settlement agreement entered into by Plaintiffs DENIZ BOLBOL and MARK ENNIS and Defendants CARSON & BARNES CIRCUS and GUSTAVO PARRA-BELLO,

1  a written Settlement Agreement settling all of the claims by the Plaintiffs against the Carson
2  Defendants;
3  WHEREAS, there is a status conference scheduled for January 6, 2012 at 10:30 a.m. before the
4  Honorable Chen;
5  WHEREAS, Plaintiffs and the Carson Defendants wish to continue the status conference to a
6  date after March 31, 2012 to allow time for all of the terms of the Settlement Agreement to be
7  performed by Plaintiff and the Carson Defendants;
8  Therefore, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and the
9  Carson Defendants, by their respective counsel, that the status conference currently scheduled for
10 January 6, 2012 be continued to a date after March 31, 2012.
11 SO STIPULATED.

Respectfully submitted,

LAW OFFICE OF DAVID J. BEAUVAIS

By:_____
David J. Beauvais
Attorneys for Plaintiff MARK ENNIS

GONZALEZ & LEIGH LLP

By:_____
G. Whitney Leigh
Attorneys for Plaintiff
DENIZ BOLBOL

ANASTASSIOU & ASSOCIATES

By: /s/ Effie F. Anastassiou
Effie F. Anastassiou, Esq.
Attorneys for Defendant
CARSON AND BARNES CIRCUS and
GUSTAVO PARRA-BELLO

### ORDER

27 In light of the written settlement agreement entered into by Plaintiffs DENIZ BOLBOL and
28 MARK ENNIS and Defendants CARSON & BARNES CIRCUS and GUSTAVO PARRA-BELLO,

1 | the status conference currently scheduled for January 6, 2012 is hereby continued to ~~a date after March~~
2 | ~~31, 2012.~~        March 30, 2012 at 10:30 a.m.  The February 6, 2012 trial date and trial related deadlines are hereby vacated.
3 | Date: _____
4 | Time: _____
5 | 
6 | Department: _____
7 |      SO ORDERED.
8 | Dated:    12/19/11
9 | _____

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen
District of California