Effie F. Anastassiou, Esq. (State Bar #96279)
Stephen J. Beals, Esq. (State Bar #226365)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

Attorneys for Defendants,
CARSON & BARNES CIRCUS and GUSTAVO PARRA-BELLO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIZ BOLBOL, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF DALY CITY, et al.<br><hr>AND CONSOLIDATED ACTION<hr>MARK ENNIS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF DALY CITY, et al.<br><br>Defendants. | CASE NO.: 3:09-cv-01944<br>Related CASE NO.: 3:09-cv-05318<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANTS IN CONSOLIDATED ACTIONS**<br><br>FRCP 41 |

WHEREAS, there is currently pending in the United States District Court, Northern District of California, a case which is captioned as *Deniz Bolbol v. City of Daly City, et al.*, Case No. 3:09-cv-01944 (the "Lead Case") and a related case which is captioned *Mark Ennis v. City of Daly City, et al.*, Case No. 3:09-cv-05318 (the "Related Case"), which were filed by Plaintiffs DENIZ BOLBOL and MARK ENNIS (collectively, "PLAINTIFFS") against several Defendants, including, but not limited to, Defendants CARSON & BARNES CIRCUS ("CARSON"), GUSTAVO PARRA-BELLO, VARGAS DIAZ, and CARLOS OLMOS (collectively referred to herein as the "CIRCUS DEFENDANTS");

WHEREAS, on September 9, 2011, PLAINTIFFS and CARSON entered into a Settlement Agreement (the "Settlement Agreement") which resolved the disputes among the parties in both the Lead Case and the Related Case, and which provided that upon receipt of the final payment due to PLAINTIFFS by CARSON pursuant to the Settlement Agreement, the parties would execute and file a stipulation for the dismissal of PLAINTIFFS' claims against all of the CIRCUS DEFENDANTS, and that such dismissal would be with prejudice;

THEREFORE, in accordance with the foregoing:

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, that all of the CIRCUS DEFENDANTS are hereby dismissed from this action, with prejudice.

IT IS SO STIPULATED.

DATED: March 6, 2012

ANASTASSIOU & ASSOCIATES

By: _____
Effie F. Anastassiou, Esq.,
Attorneys for Defendants Carson & Barnes Circus
and Gustavo Parra-Bello

DATED: March 12, 2012

LAW OFFICE OF DAVID J. BEAUVAIS

By: _____
David J. Beauvais, Esq.,
Attorneys for Plaintiff Mark Ennis

DATED: March 4, 2012

GONZALEZ & LEIGH LLP

By: _____
G. Whitney Leigh, Esq.,
Attorneys for Plaintiff Deniz Bolbol

**ORDER**

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to the Stipulation
2  between counsel for Plaintiffs DENIZ BOLBOL and MARK ENNIS and Defendants counsel for
3  CARSON & BARNES CIRCUS ("CARSON") and GUSTAVO PARRA-BELLO ("GUSTAVO"), that
4  CARSON, GUSTAVO, Defendant CARLOS OLMOS and Defendant VARGAS DIAZ are hereby
5  dismissed from this action, with prejudice.

8  Dated: 3/15/12

HONORABLE EDWARD M. CHEN
JUDGE OF THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED — Judge Edward M. Chen*

11  F:\ALF\Federal Litigation\Pleadings\Pleadings General\Stipulated Dismissal.wpd