Effie F. Anastassiou, Esq. (State Bar #96279)
Stephen J. Beals, Esq. (State Bar #226365)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

Attorneys for Defendants,
CARSON & BARNES CIRCUS and GUSTAVO PARRA-BELLO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIZ BOLBOL, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF DALY CITY, et al.<br><hr>AND CONSOLIDATED ACTION<hr>MARK ENNIS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF DALY CITY, et al.<br><br>Defendants. | CASE NO.: 3:09-cv-01944<br>Related CASE NO.: 3:09-cv-05318<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANTS IN CONSOLIDATED ACTIONS**<br><br>FRCP 41 |

WHEREAS, there is currently pending in the United States District Court, Northern District of California, a case which is captioned as *Deniz Bolbol v. City of Daly City, et al.*, Case No. 3:09-cv-01944 (the "Lead Case") and a related case which is captioned *Mark Ennis v. City of Daly City, et al.*, Case No. 3:09-cv-05318 (the "Related Case"), which were filed by Plaintiffs DENIZ BOLBOL and MARK ENNIS (collectively, "PLAINTIFFS") against several Defendants, including, but not limited to, Defendants CARSON & BARNES CIRCUS ("CARSON"), GUSTAVO PARRA-BELLO, VARGAS DIAZ, and CARLOS OLMOS (collectively referred to herein as the "CIRCUS DEFENDANTS");

1  WHEREAS, on September 9, 2011, PLAINTIFFS and CARSON entered into a Settlement
2  Agreement (the "Settlement Agreement") which resolved the disputes among the parties in both the
3  Lead Case and the Related Case, and which provided that upon receipt of the final payment due to
4  PLAINTIFFS by CARSON pursuant to the Settlement Agreement, the parties would execute and file a
5  stipulation for the dismissal of PLAINTIFFS' claims against all of the CIRCUS DEFENDANTS, and
6  that such dismissal would be with prejudice;

7  THEREFORE, in accordance with the foregoing:

8  IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of
9  record, that all of the CIRCUS DEFENDANTS are hereby dismissed from this action, with prejudice.

10  IT IS SO STIPULATED.

12  DATED: March 6, 2012                    ANASTASSIOU & ASSOCIATES

                                            By: _____
                                            Effie F. Anastassiou, Esq.,
                                            Attorneys for Defendants Carson & Barnes Circus
                                            and Gustavo Parra-Bello

17  DATED: March 12, 2012                   LAW OFFICE OF DAVID J. BEAUVAIS

                                            By: _____
                                            David J. Beauvais, Esq.,
                                            Attorneys for Plaintiff Mark Ennis

21  DATED: March 4, 2012                    GONZALEZ & LEIGH LLP

                                            By: _____
                                            G. Whitney Leigh, Esq.,
                                            Attorneys for Plaintiff Deniz Bolbol

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to the Stipulation between counsel for Plaintiffs DENIZ BOLBOL and MARK ENNIS and Defendants counsel for CARSON & BARNES CIRCUS ("CARSON") and GUSTAVO PARRA-BELLO ("GUSTAVO"), that CARSON, GUSTAVO, Defendant CARLOS OLMOS and Defendant VARGAS DIAZ are hereby dismissed from this action, with prejudice.

Dated: 3/15/12

HONORABLE EDWARD M. CHEN
JUDGE OF THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED — Judge Edward M. Chen*

F:\ALF\Federal Litigation\Pleadings\Pleadings General\Stipulated Dismissal.wpd

Deniz Bolbol v. City of Daly City, et al.
Case No. 3:09-cv-01944 MHP

3

Stipulation for Dismissal